ELIZABETH B. VANDERKLOOT, Respondent, *v.* EDWARD W. HARDEN et al., Copartners under the Firm Name of CAMPBELL STARRING & Co., Appellants.

(Submitted March 12, 1934; decided March 20, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 415.)

THE BANK OF THE UNITED STATES, Respondent, *v.* ARMIN MANHEIM, Appellant.

(Submitted March 12, 1934; decided March 20, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 264 N. Y. 45.)